IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE K DOBBS,

   Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and UNITED
STATES POSTAL SERVICE,

   Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0464

Opinion filed August 12, 2016.

An appeal from the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Tyrone K. Dobbs, Jr., pro se, Appellant.

Cristina A. Velez, Appellate Counsel, Reemployment Assistance Appeals
Commission, Tallahassee, for Appellees.

PER CURIAM.

  AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.